# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case Nos. 5D2024-0961
5D2024-0962
LT Case No. 2021-100132-CFDL
2020-100958-CFDL
_____

JAYSON MASON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.

August 27, 2024

PER CURIAM.

   AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____